Gus Plonsker, appellant, v. Al Sider, appellee. Gen. No. 38,656.

Opinion filed April 20, 1936.

Henry Pollenz, for appellant. Morris Sider, for appellee; Ira S. Kolb, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Louis Cohen, plaintiff, v. Max Kirchheimer and Kirchheimer Bros. Company, defendants.

M. C. Livingston and Leo T. Kaufman, appellants, v. Max Kirchheimer et al., appellees. Gen. No. 38,716.

Opinion filed April 20, 1936. Rehearing denied May 4, 1936.

Stebbins, McKinley & Price, for appellants; Wm. McKinley and Paul E. Price, of counsel. Jones, Key & Chapman, for appellees; John Wm. Chapman, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The First Union Trust and Savings Bank, as executor of the estate of Herman W. Mallen, deceased, appellee, v. Charles Stolof et al., defendants. H. Austin, trading as Ernest Scott and Company, appellant. Gen. No. 38,727.

Opinion filed April 20, 1936.

I. W. Kaufman, for appellant; Morris H. Cohen, of counsel. Gann, Secord & Stead, for appellee; Guy Van Schaick, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.